# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00750-CV

**In re Everest National Insurance Company;
Gallagher Bassett Services, Inc.; and Cheryl Verge**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators filed a petition for writ of mandamus and motion for temporary relief.  *See*
Tex. R. App. P. 52.8.  We have reviewed the petition, response, and record, and after careful review,
we deny the petition for writ of mandamus.  We dismiss the motion for temporary relief.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   January 18, 2013